# Exhibit "A"



No Items in Cart    LOGOUT   amoore1

Civil Docket Report

A $5 Convenience fee will be added to the transaction at checkout.

## Case Description

| | |
|---|---|
| **Case ID:** | 210401308 |
| **Case Caption:** | KHALIL ETAL VS MURSALOV ETAL |
| **Filing Date:** | Friday , April 16th, 2021 |
| **Court:** | MAJOR JURY-EXPEDITED |
| **Location:** | City Hall |
| **Jury:** | JURY |
| **Case Type:** | MOTOR VEHICLE ACCIDENT |
| **Status:** | WAITING TO LIST CASE MGMT CONF |

## Related Cases

*No related cases were found.*

## Case Event Schedule

*No case events were found.*

## Case motions

*No case motions were found.*

## Case Parties

| Seq # | Assoc | Expn Date | Type | Name |
|---|---|---|---|---|
| 1 | | | ATTORNEY FOR PLAINTIFF | ZERVANOS, JOHN N |
| **Address:** | 1525 LOCUST ST-8TH FLOOR PHILADELPHIA PA 19102 (215)732-2260 jzervanos@lawsz.com | **Aliases:** | *none* | |
| | | | | |
| 2 | 1 | | PLAINTIFF | KHALIL, ABDELRAZIG |
| **Address:** | 5720 HIDDEN LAKE DRIVE BROWN SUMMIT NC 27214 | **Aliases:** | *none* | |
| | | | | |
| 3 | 1 | | ADMINISTRATOR - PLAINTIFF | MOHAMEDALI, KAMAL |

| | | | | |
|---|---|---|---|---|
| **Address:** | 5720 HIDDEN LAKE DRIVE<br>BROWN SUMMIT NC 27214 | **Aliases:** | *none* | |
| | | | | |
| 4 | 7 | | DEFENDANT | MURSALOV,<br>RUSTAM |
| **Address:** | 2133 BENSON STREET,<br>2ND FLOOR<br>PHILADELPHIA PA 19152 | **Aliases:** | *none* | |
| | | | | |
| 5 | 7 | | DEFENDANT | EASTERN<br>EXPRESS INC |
| **Address:** | 11945 DUMONT ROAD<br>PHILADELPHIA PA 19116 | **Aliases:** | *none* | |
| | | | | |
| 6 | | | TEAM LEADER | ANDERS, DANIEL J |
| **Address:** | 529 CITY HALL<br>PHILADELPHIA PA 19107 | **Aliases:** | *none* | |
| | | | | |
| 7 | | | ATTORNEY FOR<br>DEFENDANT | BROOKS JR JR.,<br>ALBERT J |
| **Address:** | 1132 OLD YORK RD<br>ABINGTON PA 19001<br>(215)885-3500<br>abrooks@moore4law.com | **Aliases:** | *none* | |
| | | | | |
| 8 | 7 | | ATTORNEY FOR<br>DEFENDANT | BUCK, JAMES |
| **Address:** | 1132 OLD YORK ROAD<br>ABINGTON PA 19001<br>(215)885-3500<br>pmelville@moore4law.com | **Aliases:** | *none* | |

## Docket Entries

| Filing<br>Date/Time | Docket Type | Filing Party | Disposition<br>Amount | Approval/<br>Entry Date |
|---|---|---|---|---|
| 16-APR-2021<br>02:22 PM | ACTIVE CASE | | | 16-APR-2021<br>03:06 PM |
| **Docket<br>Entry:** | E-Filing Number: 2104032462 | | | |
| | | | | |

| 16-APR-2021 02:22 PM | COMMENCEMENT CIVIL ACTION JURY | ZERVANOS, JOHN N | | 16-APR-2021 03:06 PM |
|---|---|---|---|---|
| **Documents:** | ⚙ Click link(s) to preview/purchase the documents<br>Final Cover | | 🛒 **Click HERE to purchase all documents related to this one docket entry** | |
| **Docket Entry:** | *none.* | | | |

| 16-APR-2021 02:22 PM | PRAE TO ISSUE WRIT OF SUMMONS | ZERVANOS, JOHN N | | 16-APR-2021 03:06 PM |
|---|---|---|---|---|
| **Documents:** | ⚙ Click link(s) to preview/purchase the documents<br>Praecipe Issue Writ of Summons.pdf<br>Writ-of-Summons 4-16-2021.pdf | | 🛒 **Click HERE to purchase all documents related to this one docket entry** | |
| **Docket Entry:** | PRAECIPE TO ISSUE WRIT OF SUMMONS FILED. WRIT OF SUMMONS ISSUED. | | | |

| 16-APR-2021 02:22 PM | JURY TRIAL PERFECTED | ZERVANOS, JOHN N | | 16-APR-2021 03:06 PM |
|---|---|---|---|---|
| **Docket Entry:** | 12 JURORS REQUESTED. | | | |

| 16-APR-2021 02:22 PM | WAITING TO LIST CASE MGMT CONF | ZERVANOS, JOHN N | | 16-APR-2021 03:06 PM |
|---|---|---|---|---|
| **Docket Entry:** | *none.* | | | |

| 22-APR-2021 10:01 AM | ATTEMPTED SERVICE - NOT FOUND | | | 22-APR-2021 10:01 AM |
|---|---|---|---|---|
| **Documents:** | ⚙ Click link(s) to preview/purchase the documents<br>Affidavit of Service | | 🛒 **Click HERE to purchase all documents related to this one docket entry** | |
| **Docket Entry:** | RUSTAM MURSALOV NOT FOUND ON 04/21/2021. | | | |

| 23-APR-2021 10:32 AM | ENTRY OF APPEARANCE | BROOKS JR JR., ALBERT J | | 23-APR-2021 11:05 AM |
|---|---|---|---|---|
| **Documents:** | ⚙ Click link(s) to preview/purchase the documents<br>Entry of Appearance of Albert J Brooks Jr.pdf<br>Entry of Appearance of James Buck.pdf | | 🛒 **Click HERE to purchase all documents related to this one docket entry** | |
| **Docket Entry:** | ENTRY OF APPEARANCE OF ALBERT J BROOKS JR AND JAMES BUCK FILED. (FILED ON BEHALF OF EASTERN EXPRESS INC AND RUSTAM MURSALOV) | | | |

▶ Case Description    ▶ Related Cases    ▶ Event Schedule    ▶ Case Parties    ▶ Docket Entries

E-Filing System     Search Home

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

| For Prothonotary Use Only (Docket Number) | |
|---|---|
| **APRIL 2021** | **001308** |
| E-Filing Number: 2104032462 | |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| ABDELRAZIG KHALIL | RUSTAM MURSALOV |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 5720 HIDDEN LAKE DRIVE<br>BROWN SUMMIT NC 27214 | 2133 BENSON STREET, 2ND FLOOR<br>PHILADELPHIA PA 19152 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| KAMAL MOHAMEDALI | EASTERN EXPRESS, INC. |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 5720 HIDDEN LAKE DRIVE<br>BROWN SUMMIT NC 27214 | 11945 DUMONT ROAD<br>PHILADELPHIA PA 19116 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 2 | 2 | ☐ Complaint  ☐ Petition Action  ☐ Notice of Appeal<br>☒ Writ of Summons  ☐ Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS | | | |
|---|---|---|---|---|
| ☐ $50,000.00 or less<br>☒ More than $50,000.00 | ☐ Arbitration<br>☒ Jury<br>☐ Non-Jury<br>☐ Other: | ☐ Mass Tort<br>☐ Savings Action<br>☐ Petition | ☐ Commerce<br>☐ Minor Court Appeal<br>☐ Statutory Appeals | ☐ Settlement<br>☐ Minors<br>☐ W/D/Survival |

**CASE TYPE AND CODE**

2V - MOTOR VEHICLE ACCIDENT

**STATUTORY BASIS FOR CAUSE OF ACTION**

| RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER) | **FILED PRO PROTHY** <br> APR **16** 2021 <br> **S. RICE** | IS CASE SUBJECT TO COORDINATION ORDER? <br> YES    NO |
|---|---|---|

**TO THE PROTHONOTARY:**

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: ABDELRAZIG KHALIL , KAMAL MOHAMEDALI
Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS |
|---|---|
| JOHN N. ZERVANOS | 1525 LOCUST ST-8TH FLOOR<br>PHILADELPHIA PA 19102 |

| PHONE NUMBER | FAX NUMBER | |
|---|---|---|
| (215) 732-2260 | (215) 732-2289 | |

| SUPREME COURT IDENTIFICATION NO. | E-MAIL ADDRESS |
|---|---|
| 49615 | jzervanos@lawsz.com |

| SIGNATURE OF FILING ATTORNEY OR PARTY | DATE SUBMITTED |
|---|---|
| JOHN ZERVANOS | Friday, April 16, 2021, 02:22 pm |

FINAL COPY (Approved by the Prothonotary Clerk)

**SOLOFF & ZERVANOS, P.C.**
BY:    John N. Zervanos, Esquire
Attorney Identification No.  49615
        Drew P. Von Bargen, II, Esquire
Attorney Identification No.:  318671
1525 Locust Street, 8th Floor
Philadelphia, PA 19102
215-732-2260
Counsel for Plaintiff

*Filed and Attested by the*
*Office of Judicial Records*
*16 APR 2021 02:22 pm*
*S. RICE*

| | |
|---|---|
| **ESTATE OF ABDELRAZIG KHALIL BY KAMAL MOHAMEDALI, ADMINISTRATOR**<br>5720 Hidden Lake Drive<br>Brown Summit, NC  27214<br><br>                     Plaintiffs,<br><br>                     v.<br><br>**RUSTAM MURSALOV**<br>2133 Benson Street, 2nd Floor<br>Philadelphia, PA  19152<br><br>                     AND<br><br>**EASTERN EXPRESS, INC.**<br>11945 Dumont Road<br>Philadelphia, PA  19116<br><br>                     Defendants. | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY<br><br>APRIL TERM, 2021<br><br>NO.:<br><br><br>JURY TRIAL DEMANDED |

## PRAECIPE TO ISSUE WRIT OF SUMMONS

TO THE PROTHONOTARY:

        Kindly issue a Writ of Summons on all Defendants in this matter.

                                        Respectfully submitted,

                                        **SOLOFF & ZERVANOS, P.C.**

                                        /S/ John N. Zervanos

                                        _____
                                        John N. Zervanos, Esquire
                                        Drew P. Von Bargen, II, Esquire
                                        *Counsel for Plaintiff*

DATE:  April 16, 2021

Summons
Citacion

# Commonwealth of Pennsylvania
## COUNTY OF PHILADELPHIA

*Filed and Attested by the Office of Judicial Records 16 APR 2021 02:22 pm*

Estate of Abdelrazig Khalil by Kamal Mohamedali,

*Plaintiff*        Administrator

vs.

Rustam Mursalov & Eastern Express, Inc.

*Defendant*

:
:
:
:
:
:
:
:
:

COURT OF COMMON PLEAS RICE

APRIL _____ Term, 20 21 ____

No._____

To[1]

RUSTAM MURSALOV

EASTERN EXPRESS, INC.

_____

# Writ of Summons

You are notified that the Plaintiff[2]
*Usted esta avisado que el demandante*

ESTATE OF ABDELRAZIG KHALIL BY KAMAL MOHAMEDALI, ADMINISTRATOR

_____

_____

Has (have) commenced an action against you.
*Ha (han) iniciado una accion en contra suya.*



ERIC FEDER
*Director, Office of Judicial Records*

By: _____

Date: April 19, 2021

2104013 08
16 APR 2021 02:22 pm
S. RICE

10-208 (Rev. 6/14

_____
[1] Name(s) of Defendant(s)
[2] Name(s) of Plaintiff(s)

Case ID: 2104013

# Court of Common Pleas

APRIL _____ Term, 20 21

No. _____

Estate of Abdelrazig Khalil by Kamal Mohar
*Plaintiff*

vs.

Rustam Mursalov & Eastern Express, Inc.
*Defendant*

# SUMMONS

# Affidavit / Return of Service

| | |
|---|---|
| **Plaintiff:** ABDELRAZIG KHALIL KAMAL MOHAMEDALI | **Court Term & No.:** 210401308 <br><br><br> E-File# 2104042423 |
| **Defendant:** RUSTAM MURSALOV | **Document Served:** Plaintiff's Writ of Summons |
| **Serve at:** 2133 BENSON STREET, 2ND FLOOR | **Company Reference/Control No.:** |

Served and Made Known to _____ on _____ at _____, in the manner described below:

| Description | Age: | Height: | Weight: | Race: | Sex: |
|---|---|---|---|---|---|
| | | | | | |
| | Other: | | | | |

On 04/21/2021 at 10:35 AM, RUSTAM MURSALOV not found because Party Unknown

| **Company Profile:** | **Name of Server:** MICHAEL DOYLE |
|---|---|
| MICHAEL DOYLE <br> 1315 WALNUT ST. <br> PHILADELPHIA PA 19107 <br> PHONE: (215)545-7655 | Being duly sworn according to law, deposes and says that he/she is process server herein names; and that the facts herein set forth above are true and correct to the best of their knowledge, information and belief. |
| | **Deputy Sheriff:** |

**FILED AND ATTESTED PRO-PROTHY 22 APR 2021 10:01 AM**

**MOORE PACARO & BROOKS, LLC**
By:  Albert J. Brooks, Jr., Esquire
Identification No.: 72085
1132 Old York Road
Abington, PA 19001
215-885-3500 Phone
215-885-3562 Fax
abrooks@moore4law.com

Filed and Attested by the
Office of Judicial Records
23 APR 2021 10:32 am
S. RICE

**Attorney for Defendants**

---

ESTATE OF ABDELRAZIG KHALIL BY   :   **COURT OF COMMON PLEAS**
KAMAL MOHAMEDALI             :   **PHILADELPHIA COUNTY**
     vs.                     :
                          :   **APRIL TERM, 2021**
RUSTAM MURSALOV & EASTERN EXPRESS,:   **NO. 01308**
INC.                      :

---

### ENTRY OF APPEARANCE

TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Defendants, Rustam Mursalov and Eastern Express, Inc., in the above-captioned matter.

**MOORE PACARO & BROOKS, LLC**

*Albert J. Brooks, Jr. /s/*
ALBERT J. BROOKS, JR., ESQUIRE
Counsel for Defendants

Dated:  4/23/21

Case ID: 2104013



**MOORE PACARO & BROOKS, LLC**
By:  James Buck, Esquire
Identification No.: 309869
1132 Old York Road
Abington, PA 19001
215-885-3500 Phone
215-885-3562 Fax
jbuck@moore4law.com                                **Attorney for Defendants**

---

ESTATE OF ABDELRAZIG KHALIL BY          :          COURT OF COMMON PLEAS
KAMAL MOHAMEDALI                        :          PHILADELPHIA COUNTY
      vs.                               :
                             :          APRIL TERM, 2021
RUSTAM MURSALOV & EASTERN EXPRESS,:          NO. 01308
INC.                                    :

---

### ENTRY OF APPEARANCE

TO THE PROTHONOTARY:

    Kindly enter my appearance on behalf of Defendants, Rustam Mursalov and Eastern

Express, Inc., in the above-captioned matter.

                                    **MOORE PACARO & BROOKS, LLC**

                                    *James Buck /s/*

                                    JAMES BUCK, ESQUIRE
                                    Counsel for Defendants

Dated:  __4/23/21__