# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ESTATE OF ABDELRAZIG KHALIL : <br> BY KAMAL MOHAMEDALI : <br> ADMINISTRATOR, : <br>     Plaintiff, : <br> : <br> v. : <br> : <br> RUSTAM MURSALOV, et al., : <br>     Defendants. : | CIVIL ACTION <br> NO. 21-1888 |

## ORDER

**AND NOW**, this 16th day of November 2021, it is **ORDERED** that Plaintiff's Motion to Remand (ECF No. 2) is **DENIED**.

                                                     s/ANITA B. BRODY, J.
                                                     ANITA B. BRODY, J.

Copies via ECF